JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

GOLDSMITH & HULL, P.C. /Our File No. C99-20699
William I. Goldsmith, SBN (82183)
Eric Mintz, SBN (207384)
16933 Parthenia Street
Northridge, CA 91343
Tel.: (818) 990-6600
FAX: (818) 990-6140
govdept1@goldsmithcalaw.com

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA A. BREEHL<br><br>Defendant(s). | Case No. CV09-08099 AHM (FMOx)<br><br>JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT |

Pursuant to the parties' stipulation entered in the above-entitled action,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff the UNITED STATES OF AMERICA have and recover from defendant(s) PATRICIA A. BREEHL, $6,941.33 principal, $15,554.30 interest (prejudgment interest to November 4, 2010), $894.13 attorneys' fees, and $427.50 costs, for a total of $23,817.26.

Judgment to accrue interest at the legal rate until paid.

Dated: 11/15/10

_____
HON. A. HOWARD MATZ
United States District Court

*Judgment Pursuant to Stipulation*

1